UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
:
:                   24-cr-670 (LJL)
-v-                                                :
:                   ORDER
FARHAD SHAKERI, et al.,                            :
:
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has scheduled a hearing in this matter for October 17, 2025. At the hearing, the parties should be prepared to address the pending motions before the Court, including the motion for bond. The parties should also be prepared to address Rivera's request for a hearing on his motion to suppress.

SO ORDERED.

Dated: October 10, 2025
       New York, New York                     _____
                                               LEWIS J. LIMAN
                                               United States District Judge